UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-02983-JWH (KESx) | Date | December 19, 2025 |
| Title | *Marlon Castillo Espada v. John Doe et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Scott Allenson Emerick | Patrick James Kearney, AUSA |

**Proceedings:   HEARING RE: PETITIONERS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [6]**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, Petitioners' *Ex Parte* Application [ECF No. 6] is **DENIED without prejudice**.

**IT IS SO ORDERED.**

Time: 00:18
Initials of Preparer: cla