# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARLON CASTILLO ESPADA,

     Petitioner,

    v.

JOHN DOE, Warden,
JOHN DOE, Field Office Director,
TODD M. LYONS, Acting Director,
KRISTI NOEM, Secretary of
   Homeland Security, and
PAMELA JO BONDI, U.S. Attorney
   General,

     Respondents.

Case No. 5:25-cv-02983-JWH-KES

**ORDER ACCEPTING FINAL REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition of Petitioner Marlon Castillo Espada,[1] the objections of Respondents John Doe, Warden; John Doe, Field Office Director; Todd M. Lyons, Acting Director; Kristi Noem, Secretary of Homeland Security; and Pamela Jo Bondi, U.S. Attorney General, to the initial Report and Recommendation of the United States Magistrate Judge,[2] and the Final Report and Recommendation of the United States Magistrate Judge.[3]  The Court has engaged in a *de novo* review of the issues raised in the objections.  Based upon that review, the Court hereby **ORDERS** as follows:

1.      The final report, findings, and recommendations of the Magistrate Judge are **ACCEPTED** and **ADOPTED**.[4]

2.      The Petition is **GRANTED**.

3.      Respondents are **DIRECTED** to **RELEASE** Petitioner Marlon Castillo Espada from custody **FORTHWITH**, subject to the order of supervision that governed his release prior to his October 23, 2025, detention.

4.      Respondents are **ENJOINED AND RESTRAINED** from re-detaining Espada unless and until they follow the procedures set forth in 8 C.F.R. §§ 241.4(l) and 241.13(i).

---

[1]      Petition [ECF No. 1].

[2]      Response to Report and Recommendation [ECF No. 20].

[3]      Final Report and Recommendation [ECF No. 21].

[4]      As a federal prisoner proceeding under 28 U.S.C. § 2241, Espada is not required to obtain a certificate of appealability in order to appeal to the United States Court of Appeals in this case.  *See Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008).

5.     Respondents are **DIRECTED** to file no later than January 30, 2026, a Status Report that advises the Court regarding Espada's custody status.

**IT IS SO ORDERED.**

Dated:   January 23, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-3-