JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON CASTILLO ESPADA,<br><br>Petitioner,<br><br>v.<br><br>JOHN DOE, Warden, et al.,<br><br>Respondents. | Case No. 5:25-cv-02983-JWH-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Final Report and Recommendation of U.S. Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Petition is **GRANTED**.

**IT IS SO ORDERED.**

Dated:  February 27, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

2